# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| DONALD MILES, | : | No. 117 MM 2020 |
| Petitioner | : | |
| v. | : | |
| HONORABLE JEFFREY A. SMITH, | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

 **AND NOW**, this 14th day of August, 2020, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.